## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| WILLIAM CALLAWAY, Individually and on Behalf of All Others Similarly Situated,<br><br>v.<br><br>MARATHON OIL COMPANY | CASE NO: 5:20-cv-00863 |

## NOTICE OF SETTLEMENT

The Parties hereby notify the Court that this matter has resolved. The Parties are finalizing the settlement agreement and will file the appropriate dismissal documents within 45 days.

Respectfully submitted,

By: */s/ William R. Liles*
**Michael A. Josephson**
State Bar No. 24014780
**William R. Liles**
State Bar No. 24083395
**JOSEPHSON DUNLAP, LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Tel: (713) 352-1100
Fax: (713) 352-3300
mjosephson@mybackwages.com
wliles@mybackwages.com

**AND**

Richard J. (Rex) Burch
Fed. Id. 21615
State Bar No. 24001807
**BRUCKNER BURCH PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
Tel: (713) 877-8788
Fax: (713) 877-8065
rburch@brucknerburch.com

## CERTIFICATE OF SERVICE

On August 13, 2021, I served a copy of this document on all registered parties and/or their counsel of record, via the Court's CM/ECF system.

*/s/ William R. Liles*
William R. Liles